IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:09CV106-1-V
5:06CR22-V

| | |
|---|---|
| DONZEL FREDERICK STINSON, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | **O R D E R** |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |
| _____) | |

**THIS MATTER** comes before the Court on its own motion.

On September 21, 2009, Petitioner filed a Motion to Vacate, Set Aside, or Correct Sentence. In his motion Petitioner sets forth seven bases on which he allegedly received ineffective assistance of counsel. Petitioner indicates in his Motion to Vacate that he "will submit to the court a completed 18 U.S.C. 2255 Package outlining his claims, which should further assist the court in granting the relief sought through this motion." To date, over one month later, this Court has not received any further filings from Petitioner. This Court will not wait indefinitely. Petitioner has twenty (20) days in which to file this memorandum with the Court or the Court will conduct an initial review of his Motion to Vacate without the benefit of such memorandum.

**THEREFORE, IT IS HEREBY ORDERED that** Petitioner has twenty (20) days from the filing of this Order in which to file a memorandum supporting the claims asserted in his Motion to Vacate. After such time, this Court will conduct an initial review of Petitioner's Motion to Vacate.

Signed: October 26, 2009

Richard L. Voorhees
United States District Judge