# United States District Court
# For The Western District of North Carolina
# Statesville Division

Donzel Frederick Stinson,

    Plaintiff(s),

vs.

United States of America,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

5:09cv106/5:06cr22

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 3/31/2010 Order.

Signed: March 31, 2010

Frank G. Johns, Clerk
United States District Court